# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| **BENJAMIN SCHRADER,** | ) |
| Plaintiff, | ) |
| v. | ) Case No. 1:15-cv-00240-JDL |
| **STEPHANIE WILLIAMS,** | ) |
| Defendant. | ) |

## ORDER ADOPTING THE RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

The United States Magistrate Judge filed his Recommended Decision (ECF No. 8) with the court on July 7, 2015 pursuant to 28 U.S.C. § 636(b)(1)(B). Plaintiff Benjamin Schrader filed an objection to the Recommended Decision on July 21, 2015 (ECF No. 9). I have reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record, and have made a *de novo* determination of all matters adjudicated by the Magistrate Judge. I concur with the recommendations of the Magistrate Judge for the reasons set forth in the Recommended Decision, and determine that no further proceeding is necessary.

It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **ADOPTED**. Schrader's complaint (ECF No. 1) is **DISMISSED** pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

**SO ORDERED.**

Dated: August 4, 2015              /s/Jon D.Levy
                                   U.S. District Judge